## Keith Dzhon HILLS *v.* STATE of Arkansas

CR 97-540 .                                        947 S.W.2d 14

Supreme Court of Arkansas
Opinion delivered July 7, 1997

*Ed Webb*, for appellant.

No response.

PER CURIAM. Appellant, Keith Dzhon Hills, has filed this Motion for Belated Appeal through his attorney, Ed Webb. On March 8, 1996, Mr. Hills's probation was revoked, and he was sentenced to serve three years in the department of correction. He filed an untimely notice of appeal on February 7, 1997. In his motion, Mr. Webb admits that the notice of appeal was filed untimely due to an error on his part.

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See per curiam order dated February 5, 1979. *In re: Belated Appeals in Criminal Cases*, 265 Ark. 964; *Terry v. State*, 272 Ark. 243, 613 S.W.2d 90 (1981).

A copy of this opinion will be forwarded to the Committee on Professional Conduct. *Harkness v. State*, 264 Ark. 561, 572 S.W.2d 835 (1978).